110 A.3d 994

**David D. RICHARDSON, Appellant**

v.

**COMMONWEALTH of Pennsylvania, Department of Corrections, John E. Wetzel, Secretary, Appellee.**

Supreme Court of Pennsylvania.

Feb. 17, 2015.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of February, 2015, the Order of the Commonwealth Court is hereby **AFFIRMED.**